```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 17411
   MICHAEL E ZYRKOWSKI
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-8668


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/24/2007 and was confirmed 11/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 05/22/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
CODILIS & ASSOCIATES      NOTICE ONLY      NOT FILED          .00            .00
FREEMONT INVESTMENT & LO  NOTICE ONLY      NOT FILED          .00            .00
HSBC AUTOMOTIVE FINANCE   SECURED VEHIC    11112.64        249.07        1816.51
LITTON LOAN SERVICING     CURRENT MORTG         .00           .00            .00
LITTON LOAN SERVICING     MORTGAGE ARRE         .00           .00            .00
PROVIDIAN                 UNSEC W/INTER    1685.06            .00            .00
DEBT RECOVERY SOLUTION    UNSEC W/INTER    NOT FILED          .00            .00
ALEXIAN BROTHERS          UNSEC W/INTER    NOT FILED          .00            .00
HARRIS                    UNSEC W/INTER    NOT FILED          .00            .00
NCO FINANCIAL             UNSEC W/INTER    NOT FILED          .00            .00
ZENITH ACQUISITION        UNSEC W/INTER    NOT FILED          .00            .00
RESIDENTIAL FUNDING CO L  NOTICE ONLY      NOT FILED          .00            .00
MILLER SYSTEMS            UNSEC W/INTER    2682.02            .00            .00
LITTON LOAN SERV          NOTICE ONLY      NOT FILED          .00            .00
KONSTANTINE T SPARAGIS    DEBTOR ATTY      2,250.00                      1,754.42
TOM VAUGHN                TRUSTEE                                          280.00
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    4,100.00

PRIORITY                                               .00
SECURED                                           1,816.51
    INTEREST                                        249.07
UNSECURED                                              .00
ADMINISTRATIVE                                    1,754.42
TRUSTEE COMPENSATION                                280.00
DEBTOR REFUND                                          .00
                        ---------------   ---------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 17411 MICHAEL E ZYRKOWSKI
```

```
TOTALS                             4,100.00              4,100.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 08/26/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```